IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEMETRIC L. HOOPER                                              PLAINTIFF


           v.                     Civil No. 12-5213


M. CUZICK (Badge 834); K. LAGNE
(Badge 546); SGT. MORSE; TOM
MULVANNEY; J. ALDERSON; WEEKS;
C. FIELDS; J. BELL; C. PINEDA;
P. BYRD; TUCKER; P. GANT;
T. HUTCHENS; DR. HOWARD; NURSE
RHONDA BRADLEY; and NURSE RHONDA
MESCHEDE                                                       DEFENDANTS


                              O R D E R

     Now on this 31st day of October, 2013, comes on for
consideration the **Report And Recommendation Of The Magistrate Judge**
(document #22), to which no objections have been made, and the Court,
having reviewed said Report And Recommendation, finds that it is sound
in all respects, and that it should be adopted *in toto*.

     **IT IS THEREFORE ORDERED** that the **Report And Recommendation Of
The Magistrate Judge** is **adopted *in toto***.

     **IT IS FURTHER ORDERED** that, for the reasons stated in the **Report
And Recommendation Of The Magistrate Judge**, plaintiff's claims against
defendants Tom Mulvanney, J. Alderson, C. Fields, and Sergeant Morse
are **dismissed with prejudice**.

     **IT IS FURTHER ORDERED** that this matter is **remanded** to the U.S.
Magistrate Judge for further proceedings.

     **IT IS SO ORDERED.**

                                     /s/ Jimm Larry Hendren
                                    JIMM LARRY HENDREN
                                    UNITED STATES DISTRICT JUDGE