IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEMETRIC L. HOOPER                                                                                    PLAINTIFF

      v.                              Civil No. 12-5213

M. CUZICK (Badge 834); C. PINEDA;
P. GRANT; HUTCHENS (first name unknown);
DR. HOWARD; NURSE RHONDA BRADLEY; and
NURSE RHONDA MESCHEDE                                                                    DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Plaintiff filed this civil rights action pursuant to 42 U.S.C. § 1983. He proceeds *pro se* and *in forma pauperis*.

By order entered on March 26, 2013, Plaintiff was ordered (Doc. 16) to file an amended complaint and the approved complaint form for filing § 1983 cases was sent to him. Plaintiff was advised that the amended complaint could not incorporate any part of the original complaint, the supplements, or the addendum to the original complaint. He was told that the amended complaint superceded any previously filed documents.

Plaintiff failed to submit the amended complaint and a show cause order (Doc. 17) was entered. Plaintiff responded (Doc. 18) to the show cause order and submitted his amended complaint (Doc. 21).

The amended complaint (Doc. 21) begins on page four of the form complaint. Plaintiff did not complete any portion of the complaint except the statement of the claim section. Plaintiff was directed to file a complete amended complaint and has not done so. Defendants filed a motion to dismiss (Doc. 34). Plaintiff did not respond to the motion to dismiss.

-1-

A show cause order (Doc. 41) was entered on July 2, 2014, giving Plaintiff until July 21, 2014, to show cause why this case should not be dismissed for failure to obey an order judge the Court and for failure to respond to the motion to dismiss. Plaintiff was advised that failure to respond to the show cause order would result in the dismissal of this action.

Plaintiff has not responded to the show cause order. He has not filed a motion for an extension of time to respond. He has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that this action be dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 28th day of July 2014 .

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE