## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**DEMETRIC L. HOOPER**                                                                                    **PLAINTIFF**

v.                          **Case No. 5:12-CV-5213**

**M. CUZICK (Badge 834); C. PINEDA;**
**P. GRANT; HUTCHENS (first name unknown);**
**DR. HOWARD; NURSE RHONDA BRADLEY; and**
**NURSE RHONDA MESCHEDE**                                  **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 42) filed in this case on July 28, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Amended Complaint (Doc. 21) is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 18th day of August, 2014.

/s/ Timothy L. Brooks
Timothy L. Brooks
United States District Judge